# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL CALVIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF MOTOR<br>VEHICLES APPEAL BOARD,<br><br>　　　　　Defendant. | 2:12-CV-379 JCM (VCF) |

## ORDER

Presently before the court is the case of *Calvin v. Department of Motor Vehicles Appeal Board*, 2:12-cv-00379-JCM-VCF, filed by *pro se* plaintiff Daniel Calvin. (Doc. #1).

On February 13, 2012, state administrative law judge Toni Boone held a hearing at the Office of Administrative Hearings at the Nevada Department of Motor Vehicles. (Doc. #1, Ex. 1). One day later, Judge Boone issued a written ruling affirming the revocation of petitioner's driving privileges for driving under the influence of intoxicants. (Doc. #1, Ex. 1).

Judge Boone's order stated that an "adverse decision may be appealed to [d]istrict [c]ourt under NRS 484C.230 within thirty (30) days of the date of this decision." (Doc. #1, Ex. 1). Plaintiff then filed the instant case in federal district court. (Doc. #1).

Plaintiff should have appealed Judge Boone's decision to the state district court rather than filing a new suit in federal district court. *See* NRS 484C.230(3). This court does not have jurisdiction to hear this case.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case

3  be, and the same hereby is, DISMISSED for lack of jurisdiction.

4  DATED March 9, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**